NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCISCO CASTRO<br><br>    Plaintiff,<br><br>v.<br><br>MCCARTHY & JENNERICH, ET AL.<br><br>    Defendants. | Civil Action No. 11-cv-1832 (CCC-JAD)<br><br>**ORDER** |

  This matter comes before the Court on the motion of Plaintiff Francisco Castro seeking an award of attorney's fees. (Docket Entry No. 19). On January 10, 2013, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that Plaintiff's motion be granted in part and denied in part. (Docket Entry No. 29). No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation, and for substantially the same reasons stated therein;

  **IT IS** on this 25th day of January, 2013

  **ORDERED** that this Court adopts Judge Dickson's January 10, 2013 Report and Recommendation that Plaintiff's motion be granted in part and denied in part. Plaintiff's counsel shall be awarded $5,935.00 in attorney's fees.

**IT IS SO ORDERED.**

                              CLAIRE C. CECCHI, U.S.D.J.